

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/05/2024 09:30 AM

COURTROOM 4C, 4th Floor

HONORABLE JACOB BROWN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:24-bk-02694-JAB | 13 | 09/05/2024 |

**Chapter 13**

**DEBTOR:** Cora Alexander

**DEBTOR ATTY:** Brooks Siegel

**TRUSTEE:** Douglas Neway

**HEARING:**

Confirmation Hearing

-Chapter 13 Plan Filed by Brooks Richard Siegel on behalf of Debtor Cora C Alexander Doc 4
-Objection to Confirmation of Plan Filed by Trustee Douglas W Neway (Scott, Angela) Doc 15

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** B/C rescheduled to January 7, 2025 @ 9:30 a.m. AOCNFN
Confirmation Hearing

-Chapter 13 Plan Filed by Brooks Richard Siegel on behalf of Debtor Cora C Alexander Doc 4

-Objection to Confirmation of Plan Filed by Trustee Douglas W Neway (Scott, Angela) Doc 15
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.